# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00942-TUC-RCC (DTF) |
| Plaintiff, | **ORDER** |
| v. | |
| Mykahl Zebadiah Singleton, | |
| Defendant. | |

The Court having made a de novo review of the Report and Recommendation filed by Magistrate D. Thomas Ferraro (Doc. 71),

**IT IS ORDERED** the Court adopts the recommendations of the Magistrate Judge and **DENIES** the Motion to Suppress for Lack of Reasonable Suspicion (Doc. 46).

Dated this 8th day of March, 2019.

Honorable Raner C. Collins
Senior United States District Judge